IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN JOSEPH SPRAIN,

   Appellant,

v.

              Case No.  5D21-2974
              LT Case No. 2021-CF-000701-A

STATE OF FLORIDA,

   Appellee.
_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Citrus County,
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

   AFFIRMED.

COHEN, WALLIS and EISNAUGLE, JJ., concur.